IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| A. SHAHEED ABDULLAH, | § | |
|     PETITIONER, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 3:25-CV-2247-E-BK |
| | § | |
| DIRECTOR TDCJ-CID, | § | |
|     RESPONDENT. | § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Petitioner filed a motion to stay, (ECF No. 7), which the Court construes as an objection. The court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED this 29th day of September, 2025.**

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE